T. SCOTT BELDEN, CSB NO. 184387
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Mauldin-Dorfmeier Construction, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAULDIN-DORFMEIER CONSTRUCTION, INC., <br><br> Debtor/Petitioner, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendant/Respondent. | Case No. 1:05-cv-01119-REC-DLB <br><br> Old Date: October 24, 2005 <br> New Date: December 12, 2005 <br> Time: 1:30 p.m. <br> Place: 1130 "O" Street, Courtroom 1 <br> Fresno, California <br> Judge: Honorable Robert E. Coyle |

**STIPULATION CONTINUING HEARING ON MOTION TO WITHDRAW REFERENCE & ORDER THEREON**

**TO THE HONORABLE ROBERT E. COYLE:**

The parties have reached a settlement of this matter that is pending approval by the United States Bankruptcy Court. The Bankruptcy Court will hold a hearing on approval of the settlement on October 26, 2005. Because this matter may be resolved without the necessity of a hearing, the parties wish to continue the matter until after the October 26, 2005 Bankruptcy Court hearing.

THEREFORE, IT IS HEREBY STIPULATED, by and between Mauldin-Dorfmeier Construction, Inc. ("MDC") and St. Paul Fire and Marine Insurance Company ("St. Paul") through their respective attorneys of record, to continue the hearing on the Motion to

00345890.000                                                    1

Withdraw Reference of Adversary Proceeding ("Motion) from October 24, 2005 to December 12, 2005 at 1:30 p.m., in the United States District Court, 1130 "O" Street, Courtroom 1, Fresno, California.

Date: October 18, 2005

          KLEIN, DeNATALE, GOLDNER,
          COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ T. Scott Belden
   T. SCOTT BELDEN, Attorneys for Mauldin-Dorfmeier Construction, Inc.

Date: October 18, 2005

McDONOUGH, HOLLAND & ALLEN PC

By /s/ Todd M. Bailey
   TODD M. BAILEY, Attorneys for St. Paul Fire and Marine Insurance Co.

**O R D E R**

    IT IS SO ORDERED.

Date: October 19, 2005

        /s/ ROBERT E. COYLE

        ROBERT E. COYLE
        Judge of the United States District Court