1  T. SCOTT BELDEN, CSB NO. 184387
   KLEIN, DENATALE, GOLDNER,
2    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
3  Bakersfield, California 93309
   P.O. Box 11172
4  Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418

6  Attorneys for Mauldin-Dorfmeier Construction, Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 MAULDIN-DORFMEIER                Case No. 1:05-cv-01119-REC-DLB
   CONSTRUCTION, INC.,
12                                  Old Date:   December 12, 2005
            Debtor/Petitioner,      New Date:   January 30, 2006
13                                  Time:       1:30 p.m.
   vs.                              Place:      1130 "O" Street, Courtroom 1
14                                              Fresno, California
   ST. PAUL FIRE AND MARINE         Judge:      Honorable Robert E. Coyle
15 INSURANCE COMPANY,

16          Defendant/Respondent.

17

18          **STIPULATION CONTINUING HEARING ON MOTION TO
                WITHDRAW REFERENCE & ORDER THEREON**
19

20 **TO THE HONORABLE ROBERT E. COYLE:**

21          The parties have reached a settlement of this matter that was approved by the

22 Bankruptcy Court on November 8, 2005.  That settlement has certain conditions that must be

23 satisfied before the settlement becomes effective.  The parties expect those conditions to be

24 satisfied within the next couple of weeks.  Once the conditions are satisfied and the settlement

25 becomes effective, this motion will be withdrawn.  Because this matter may be resolved without

26 the necessity of a hearing, the parties wish to continue the matter until January 30, 2006 which

27 should be sufficient time for the settlement to become effective.

28 / / /

PDF created with pdfFactory trial version www.pdffactory.com

1  THEREFORE, IT IS HEREBY STIPULATED, by and between Mauldin-Dorfmeier Construction, Inc. ("MDC") and St. Paul Fire and Marine Insurance Company ("St. Paul") through their respective attorneys of record, to continue the hearing on the Motion to Withdraw Reference of Adversary Proceeding ("Motion) from December 12, 2005 to January 30, 2006 at 1:30 p.m., in the United States District Court, 1130 "O" Street, Courtroom 1, Fresno, California.

Date: Decenber 8, 2005

          KLEIN, DeNATALE, GOLDNER,
         COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ T. Scott Belden
 T. SCOTT BELDEN, Attorneys for Mauldin-
 Dorfmeier Construction, Inc.

Date: December 8, 2005

McDONOUGH, HOLLAND & ALLEN PC

By /s/ Todd M. Bailey
 TODD M. BAILEY, Attorneys for St. Paul Fire
 and Marine Insurance Co.

**O R D E R**

IT IS SO ORDERED.

Date: December 13, 2005

  /s/ ROBERT E. COYLE
   ROBERT E. COYLE
  Judge of the United States District Court

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

PDF created with pdfFactory trial version www.pdffactory.com