| | |
|---|---|
| 1 | Todd M. Bailey (109519)<br>McDonough Holland & Allen PC |
| 2 | Attorneys at Law<br>555 Capitol Mall, Suite 950 |
| 3 | Sacramento, California  95814<br>Telephone:  916.444.3900 |
| 4 | Facsimile:  916.442.2780 |
| 5 | Attorneys for St. Paul Fire and<br>  Marine Insurance Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | | |
|---|---|---|
| MAULDIN-DORFMEIER CONSTRUCTION, INC., a California corporation,<br><br>        Plaintiff/Petitioner,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation with its principal place of business in Minnesota,<br><br>        Defendant/Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:05-cv-01119-REC-DLB<br><br>Bankruptcy Case No. 05-11402-11<br>Adversary No. 05-1112<br><br>**ORDER ON STIPULATION DISMISSING CASE**<br><br>[No Hearing Required] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the stipulation of the parties to this case, as evidenced by the signatures of counsel below, it is hereby

ORDERED that this case is dismissed.

DATED:     January 25, 2006

                                         /s/ ROBERT E. COYLE
                                    ROBERT E. COYLE
                                    UNITED STATES DISTRICT JUDGE



Order on Stipulation Dismissing Case                                                        891814v1 33763/0019

PDF created with pdfFactory trial version www.pdffactory.com

1  APPROVED AS TO FORM AND CONTENT BY:

2  KLEIN, DeNATALE, GOLDNER, COOPER,
   ROSENLIEB & KIMBALL, LLP
3

4

5  By: /s/ *T. Scott Belden*
           T. SCOTT BELDEN
6  Attorneys for Mauldin-Dorfmeier
   Construction, Inc.
7

8  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
9

10

11 By: /s/ *Todd M. Bailey*
           Todd M. Bailey
12 Attorneys for St. Paul Fire & Marine
   Insurance Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1 **PROOF OF SERVICE**
(Federal/Bankruptcy)

   I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 950, Sacramento, California.  I am over the age of 18 years and not a party to the foregoing action.

   On January 25, 2006, I served the following document(s):

**ORDER ON STIPULATION DISMISSING CASE**

☒  **by mail** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  In the ordinary course of business at McDonough, Holland & Allen, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Sacramento, California.

T. Scott Belden, Esq.
Lisa Holder, Esq.
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., 2nd Floor
PO Box 11172
Bakersfield, CA 93309

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 25, 2006, at Sacramento, California.


                                    /s/    *Stacey Ting*
                                           Stacey Ting



1  Todd M. Bailey (109519)
   M<small>C</small>D<small>ONOUGH</small> H<small>OLLAND</small> & A<small>LLEN</small> PC
2  Attorneys at Law
   555 Capitol Mall, Suite 950
3  Sacramento, California  95814
   Telephone: 916.444.3900
4  Facsimile: 916.442.2780

5  Attorneys for St. Paul Fire and
     Marine Insurance Company
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          (Fresno Division)

11 | MAULDIN-DORFMEIER          ) Case No. 1:05-cv-01119-REC-DLB
   | CONSTRUCTION, INC., a California )
12 | corporation,               )
   |                            ) Bankruptcy Case No. 05-11402-11
13 |         Plaintiff/Petitioner, ) Adversary No. 05-1112
   |                            )
14 | v.                         ) **ORDER ON STIPULATION DISMISSING**
   |                            ) **CASE**
15 | ST. PAUL FIRE AND MARINE   )
   | INSURANCE COMPANY, a Minnesota ) [No Hearing Required]
16 | corporation with its principal place of business )
   | in Minnesota,              )
17 |                            )
   |         Defendant/Respondent. )
18 |                            )
   |                            )
19 |                            )

20    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the stipulation of the

21 parties to this case, as evidenced by the signatures of counsel below, it is hereby

22    ORDERED that this case is dismissed.

23 DATED:    January 25, 2006

24

25                              /s/ ROBERT E. COYLE
                             ROBERT E. COYLE
26                           UNITED STATES DISTRICT JUDGE

27

28



Order on Stipulation Dismissing Case                               891814v1 33763/0019

PDF created with pdfFactory trial version www.pdffactory.com

1  APPROVED AS TO FORM AND CONTENT BY:

2  KLEIN, DeNATALE, GOLDNER, COOPER,
   ROSENLIEB & KIMBALL, LLP
3

4

5  By: /s/ *T. Scott Belden*
           T. SCOTT BELDEN
6  Attorneys for Mauldin-Dorfmeier
   Construction, Inc.
7

8  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
9

10

11 By: /s/ *Todd M. Bailey*
           Todd M. Bailey
12 Attorneys for St. Paul Fire & Marine
   Insurance Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**PROOF OF SERVICE**
(Federal/Bankruptcy)

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 950, Sacramento, California.  I am over the age of 18 years and not a party to the foregoing action.

On January 25, 2006, I served the following document(s):

**ORDER ON STIPULATION DISMISSING CASE**

☒ **by mail** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  In the ordinary course of business at McDonough, Holland & Allen, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Sacramento, California.

T. Scott Belden, Esq.
Lisa Holder, Esq.
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., 2nd Floor
PO Box 11172
Bakersfield, CA 93309

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2006, at Sacramento, California.

/s/     *Stacey Ting*
          Stacey Ting



- 3 -
Order on Stipulation Dismissing Case                                       891814v1 33763/0019

PDF created with pdfFactory trial version www.pdffactory.com